**Tommy D. HALL, Appellant,**

v.

**Prosecuting Attorney Carlton JONES; Kate Carter; J. Savage, Arresting Officer; State of Arkansas; Gene Smith, Appellees.**

No. 11–3699.

United States Court of Appeals, Eighth Circuit.

Submitted: April 6, 2012.

Filed: April 12, 2012.

Tommy D. Hall, Tucker, AR, pro se.

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Tommy D. Hall appeals the district court's[1] preservice dismissal of his pro se 42 U.S.C. § 1983 suit. No error of law appears. The judgment is, however, modified to reflect that the dismissal is without prejudice to Hall's right to seek relief in state court. This court summarily affirms the judgment (as modified) for the reasons stated by the district court. *See* 8th Cir. R. 47B.

1. The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.